# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SCOTT MAGEE, on behalf of himself and other persons similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, professional limited liability company d/b/a LEXINGTON LAW, a Utah professional limited liability company,<br><br>*Defendant*. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 2:16-cv-00963-EJF<br><br>Magistrate Judge Evelyn J. Furse |

THE COURT, having considered Plaintiff Motion to Dismiss as to all claims against Defendants from the above-captioned case pursuant to Rule 41(a), and finding good cause therefore,

IT IS HEREBY ORDERD that the above-captioned suit is dismissed without prejudice.

DATED this 4th day of January, 2017.

BY THE COURT:

*/s/ Evelyn J. Furse*

Evelyn J. Furse,
UNITED STATES MAGISTRATE JUDGE